NOTICE: NOT FOR OFFICIAL PUBLICATION.
UNDER ARIZONA RULE OF THE SUPREME COURT 111(c), THIS DECISION IS NOT PRECEDENTIAL
AND MAY BE CITED ONLY AS AUTHORIZED BY RULE.

IN THE

# ARIZONA COURT OF APPEALS
## DIVISION ONE

STATE OF ARIZONA, *Respondent*,

*v.*

MARLON WEBB, *Petitioner*.

No. 1 CA-CR 15-0138 PRPC
FILED 1-26-2017

Petition for Review from the Superior Court in Maricopa County
No. CR2008-007841-008 DT
The Honorable Rosa Mroz, Judge

**REVIEW GRANTED; RELIEF DENIED**

COUNSEL

Maricopa County Attorney's Office, Phoenix
By Diane M. Meloche
*Counsel for Respondent*

Marlon Webb, Tucson
*Petitioner*

**MEMORANDUM DECISION**

Judge Lawrence F. Winthrop delivered the decision of the Court, in which
Presiding Judge Randall M. Howe and Judge Jon W. Thompson joined.

**W I N T H R O P**, Judge:

¶1          Petitioner, Marlon Webb, petitions this court for review from the summary dismissal of his first notice of post-conviction relief. Webb pled guilty to offering to sell cocaine in 2009, but did not file his first notice of post-conviction relief until 2014. The superior court dismissed the notice as untimely. Webb argues the superior court should have allowed him to file his first notice of post-conviction relief more than five years late because he believed the post-conviction relief proceedings of other co-defendants applied to him.

¶2          We deny relief. Webb received a "Notice of Rights of Review After Conviction and Procedure" when sentenced in April 2009. That notice explained Webb's right to post-conviction relief and what he was required to do to exercise that right, including how he was required to file a notice of post-conviction relief within ninety days of the entry of judgment and sentence. Webb's subjective belief that unidentified post-conviction relief proceedings of unidentified co-defendants somehow applied to his case is insufficient to present a colorable claim for relief pursuant to Arizona Rule of Criminal Procedure 32.1(f).

¶3          Accordingly, we grant review, but deny relief.



AMY M. WOOD • Clerk of the Court
FILED: AA